UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| **LINDA RIMES DONADO** | **CIVIL ACTION NO. 6:13-cv-02367** |
|---|---|
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHAUN DONOVAN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT** | **MAGISTRATE JUDGE HANNA** |

### **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's suit is DISMISSED WITH PREJUDICE for failure to comply with a court order and failure to prosecute her claim, pursuant to Fed. R. Civ. P. 41(b), consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 7th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE